Arden Claims Service, LLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

ARDEN CLAIMS SERVICE LLC
ACS
PROFESSIONAL • ACCOUNTABLE • RELIABLE

PJBJUZ00403514
EVAN SAURAY
[redacted]

To Enroll, Please Visit:
**https://secure.identityforce.com/benefit/ardenclaimsserviceus**
Enrollment Code: [redacted]

January 17, 2024

**Re: Notice of Data Security Incident**

Dear EVAN SAURAY,

Arden Claims Service LLC ("Arden Claims Service") is writing to inform you of a data security incident that may have involved your personal information. Arden Claims Service takes the privacy and security of your information very seriously. This is why we are notifying you of the incident, providing you with steps you can take to protect your information, and offering you the opportunity to enroll in complimentary credit monitoring and identity protection services.

**What Happened?** On or around October 17, 2023, Arden became aware of unusual activity related to an email account. We immediately took steps to secure the account and engaged cybersecurity experts to conduct an investigation. The investigation determined that an unknown actor gained access to certain data without authorization. After a thorough review of the impacted data, on December 19, 2023, it was determined that some of your personal information was present in the impacted data. We then took steps to notify you of the incident as quickly as possible.

**What Information Was Involved?** The data involved included your name in combination with your Social Security Number.

**What We Are Doing:** In addition to the steps described above, we implemented additional security measures to further protect our network and minimize the risk of future incidents. We also reported this incident to the Federal Bureau of Investigation.

We are also providing you with access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge to you. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout through Identity Force, a TransUnion company specializing in fraud assistance and remediation services.

**What You Can Do:** We recommend that you review the guidance included with this letter about how to protect your information. To enroll in Credit Monitoring and Identity Protection services at no charge to you, please log on to **https://secure.identityforce.com/benefit/ardenclaimsserviceus** and follow [redacted]structions provided. When prompted please provide the following unique code to receive services: [redacted]